# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAI BIRD, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-02860 (KBJ) |
| U.S. DEPARTMENT OF STATE, | ) |
|     Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, U.S. Department of State ("Defendant"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint as follows:

## DEFENSES

1. As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the FOIA.

## DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS[1]

Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.  Defendant admits, denies, or otherwise answers the unnumbered and numbered paragraphs in the complaint as follows:

1. The first paragraph contains Plaintiff's characterization of this FOIA action, to which no response is required.

## PARTIES

3.[2] Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits the Department of State is a federal agency and is headquartered at 2201 C Street NW, Washington, DC 20520.  The remainder of this paragraph consists of legal conclusions to which no response is required.

## JURISDICTION AND VENUE

5. This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

6. This paragraph consists of conclusions of law regarding venue to which no response is required.

---

[1] For ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

[2] Defendant also adopts Plaintiff's numbering scheme, which appears to omit a Paragraph 2.

## FACTUAL ALLEGATIONS

### Background

7.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

**Plaintiff's FOIA Request**

23. Defendant admits that Plaintiff submitted a FOIA request to the Department of State dated July 14, 2016.  The remainder of Paragraph 23 characterizes the request, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the request in Exhibit C to the Complaint ("Exhibit C") for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

24. Paragraph 24 characterizes the request, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the request in Exhibit C for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

25. Paragraph 25 characterizes the request, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the request in Exhibit C for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

26. Admit.

27. Admit.

28. Defendant admits that Plaintiff's administrative appeal was dated August 19, 2016. Defendant further avers that Plaintiff's administrative appeal was not transmitted to Defendant until August 20, 2016.

29. Admit.

30. Admit.

31. Denied. Defendant responded to Plaintiff's June 26, 2019 in an email dated July 24, 2019, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the request in Exhibit 1 to the Answer ("Exhibit 1") for a full and accurate statement of its contents and denies any allegations inconsistent therewith. Defendant also communicated with Plaintiff in an email dated August 9, 2019, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the request in Exhibit 2 to the Answer ("Exhibit 2") for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

32. Defendant admits that Plaintiff's FOIA request was submitted over three years ago. The remainder of Paragraph 32 consists of Plaintiff's characterization of this action to which no response is required.

33. Defendant admits that, as of the date of the complaint, a final determination had not yet been made as to Plaintiff's FOIA request. The remainder of Paragraph 33 consists of Plaintiff's characterization of this action and legal conclusions to which no response is required.

## CAUSES OF ACTION

### Count 1

34. Defendant answers and incorporates by reference its responses to paragraphs 1-33 above.

35. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

36. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

37. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

38. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

39. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

40. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

### Count II

41. Defendant answers and incorporates by reference its responses to paragraphs 1-33 above.

42. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

43. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

44. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

45. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

46. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

47. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

48. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

49. This paragraph states conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*