# EXHIBIT 1

# Floyd, Shaunita N

| | |
|---|---|
| **From:** | FOIA Status |
| **Sent:** | Wednesday, July 24, 2019 11:53 AM |
| **To:** | 'Kaibird@mac.com' |
| **Subject:** | F-2016-08342 |

Dear Kai Bird,

This is in response to your status letter concerning your FOIA/Privacy case control number F-2016-08342.

Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available.

Please note that the Department currently has a backlog of approximately 11,000 cases.  As the Department continues to work through its backlog, it is mindful of its accountability to the public.

Note that we have updated our records regarding the new mailing addresses.

We truly appreciate your continued patience.

If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center


**Official - Transitory**
**UNCLASSIFIED**

# EXHIBIT 2

**Floyd, Shaunita N**

| | |
|---|---|
| **From:** | FOIA Status |
| **Sent:** | Friday, August 9, 2019 11:40 AM |
| **To:** | 'Kai Bird' |
| **Subject:** | RE: F-2016-08342 |
| **Attachments:** | [Untitled].pdf |

Dear Kai Bird,

Please see our attached response regarding your 2016 appeal for an expedited search.

If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to <u>foiastatus@state.gov</u>.

Regards,
U.S. Department of State
FOIA Requester Service Center


**Official**
**UNCLASSIFIED**

**From:** Kai Bird <kaibird@mac.com>
**Sent:** Wednesday, July 24, 2019 1:11 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Re: F-2016-08342

Dear State Department FOIA Office,

Thanks for this reply—but it does not respond to my 2016 appeal. See attached document. I never received a reply to my appeal for an expedited search. I expect a prompt reply.

Sincerely,

Kai Bird



Kai Bird
Executive Director & Distinguished Lecturer
Leon Levy Center for Biography
CUNY Graduate Center, Room 6200.01
365 Fifth Ave
New York NY 10016

[www.KaiBird.com](http://www.KaiBird.com)

On Jul 24, 2019, at 11:53 AM, FOIA Status <FOIAStatus@state.gov> wrote:

Dear Kai Bird,

This is in response to your status letter concerning your FOIA/Privacy case control number F-2016-08342.

Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available.
Please note that the Department currently has a backlog of approximately 11,000 cases. As the Department continues to work through its backlog, it is mindful of its accountability to the public.
Note that we have updated our records regarding the new mailing addresses.
We truly appreciate your continued patience.
If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail
to foiastatus@state.gov.
Regards,
U.S. Department of State
FOIA Requester Service Center

**Official - Transitory**
**UNCLASSIFIED**