IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAI BIRD**<br><br>                Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF STATE**<br><br>                Defendant. | Civil Action No. 19-cv-2860 (KBJ) |

      Plaintiff Kai Bird ("Plaintiff") and Defendant United States Department of State ("Defendant" or "State") (collectively, the "Parties") hereby submit this joint status report pursuant to the Court's minute order of November 5, 2019.

      1.      This case concerns a request submitted by Plaintiff to Defendant under the Freedom of Information Act, 5 U.S.C. § 552, on or about July 14, 2016 (the "Request").  Compl. ¶ 23, ECF No. 1; Ans. ¶ 23, ECF No. 6.

      2.      Defendant has not made a final determination as to Plaintiff's Request.  Compl. ¶ 33, ECF No. 1; Ans. ¶ 33, ECF No. 6.

      3.      Plaintiff initiated the above-captioned case on September 24, 2019.  Compl., ECF No. 1.

      4.      Defendant filed its answer in this case on November 4, 2019.  Ans., ECF No. 6.

      5.      Following the filing of Defendant's Answer, counsel for the Parties met and conferred concerning the status of Plaintiff's Request.

      6.      Defendant is currently conducting searches for record(s) responsive to Plaintiff's Request.

7.	By agreement of the Parties, Defendant will complete its search for and release of all responsive records no later than December 19, 2019.

8.	The Parties respectfully propose that they submit a joint status report proposing further deadlines in this matter, if necessary, to the Court by January 8, 2020.

Dated: November 19, 2019

                 Respectfully submitted,

                 */s/ Katie Townsend*
                 Katie Townsend
                 DC Bar No. 1026115
                 Email: ktownsend@rcfp.org
                 Adam A. Marshall
                 DC Bar No. 1029423
                 Email: amarshall@rcfp.org
                 Reporters Committee for
                 Freedom of the Press
                 1156 15th Street NW, Suite 1020
                 Washington, DC 20005
                 Phone: 202.795.9300
                 Facsimile: 202.795.9310

                 *Counsel for Plaintiff Kai Bird*

                 JESSIE K. LIU, D.C. BAR # 472845
                 United States Attorney
                 for the District of Columbia

                 DANIEL F. VAN HORN, D.C. BAR # 924092
                 Civil Chief

                 */s/ Rhonda L. Campbell*
                 RHONDA L. CAMPBELL, D.C. Bar No. 462402
                 Assistant United States Attorneys
                 Civil Division
                 555 4th Street, N.W.

Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for Defendant*