**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KAI BIRD, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-02860 (KBJ) |
| | ) |
| U.S. DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by February 13, 2020, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2020.

_____
KETANJI BROWN JACKSON
United States District Judge