**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KAI BIRD,<br><br>                  *Plaintiff,*<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                  *Defendant.* | Civil Action No. 19-2860 (KBJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on March 5, 2020, Plaintiff Kai Bird and Defendant the United States Department of State respectfully submit the following Joint Status Report to update the Court regarding this Freedom of Information Act ("FOIA") litigation.  The parties report as follows:

1.      On September 24, 2019, Plaintiff filed a Complaint alleging violations of the FOIA, 5 U.S.C. § 552, *et seq.  See* ECF No. 1.  The Complaint related to a July 2016 FOIA request seeking "a cable sent from the US embassy in Madrid, Spain to the State Department in the time period July 1, 1980—August 31, 1980; the cable reports on or mentions briefly the visit to Madrid of a private citizen, William J. Casey, or 'Bill Casey,' who at the time was the campaign manager for the Republican Party's presidential nominee, Ronald Reagan."  *Id*. ¶ 24.

2.      On November 4, 2019, Defendant filed an Answer responding to Plaintiff's Complaint.  *See* ECF No. 6.

2.      Defendant issued a final response letter to Plaintiff's FOIA request on December 18, 2019, indicating that a search for records had not located the record responsive to Plaintiff's request.

3.      At Plaintiff's request, on February 3, 2020, Defendant provided Plaintiff a draft declaration describing its searches for the responsive record.  Plaintiff reviewed that information and requested that Defendant conduct a supplemental search of the 1991 files of Edwin "Ed" Williamson, the State Department's Legal Advisor from 1990 to 1993.

4.      As reported in the parties last Joint Status Report, Defendant conducted the supplemental search requested by Plaintiff and was unable to find responsive records.  Defendant agreed to provide Plaintiff with an updated draft search declaration by April 17, 2020.

5.      In the process of compiling its supplemental search declaration, however, Defendant identified yet another location that might have responsive records and so initiated a second supplemental search out of an abundance of caution.

6.      Defendant reports that this second supplemental search involved requesting hard copy files that were located off-site and that some of those hard copy files were not delivered before the COVID-19-related stay-at-home orders went into effect.  Thus, Defendant notified Plaintiff's counsel on April 17, 2020, that it has been unable to complete the second supplemental search and will not be able to do so—or to provide an updated search declaration—until State Department employees are able to resume work in the building.

7.      The parties have agreed that Defendant will produce non-exempt responsive records, if any, to Plaintiff within the 30 days after COVID-related restrictions have been lifted.  In an effort to resolve this litigation without the need for further litigation, the parties have also agreed that Defendant will provide Plaintiff with its supplemental search declaration—to include details

of both of its supplemental searches—within the 30 days after COVID-related restrictions have been lifted.

In light of the above, the parties jointly propose that an additional status report be due on or before June 4, 2020, so the parties can report to the Court on the status of this matter—including the status of any COVID-related restrictions at the Department of State—and to propose a recommendation for further proceedings.

Dated:  April 24, 2020                              Respectfully submitted,

*/s/ Katie Townsend*                               TIMOTHY J. SHEA
Katie Townsend                                     D.C. Bar No. 437437
DC Bar No. 1026115                                 United States Attorney
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR                        DANIEL F. VAN HORN
FREEDOM OF THE PRESS                               D.C. Bar No. 924092
1156 15th Street NW, Suite 1020                    Chief, Civil Division
Washington, DC 20005
Phone: 202.795.9300                                By:  */s/ Diana V. Valdivia*
Facsimile: 202.795.9310                            DIANA V. VALDIVIA
Email: ktownsend@rcfp.org Email:                   Assistant United States Attorney
amarshall@rcfp.org                                 D.C. Bar # 1006628
                                                   555 Fourth Street, N.W.
*Counsel for Plaintiff*                            Washington, D.C. 20530
                                                   (202) 252-2545
                                                   diana.valdivia@usdoj.gov

                                                   *Counsel for Defendant*