UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAI BIRD,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF STATE,<br>*Defendant*. | Civil Action No. 19-2860 (KBJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on September 17, 2020, Plaintiff Kai Bird and Defendant the United States Department of State respectfully submit the following Joint Status Report to update the Court regarding this Freedom of Information Act ("FOIA") litigation. The parties report as follows:

1. On September 24, 2019, Plaintiff filed a Complaint alleging violations of the FOIA, 5 U.S.C. § 552, *et seq*. *See* ECF No. 1. The Complaint related to a July 2016 FOIA request seeking "a cable sent from the US embassy in Madrid, Spain to the State Department in the time period July 1, 1980—August 31, 1980; the cable reports on or mentions briefly the visit to Madrid of a private citizen, William J. Casey, or 'Bill Casey,' who at the time was the campaign manager for the Republican Party's presidential nominee, Ronald Reagan." *Id*. ¶ 24.

2. On November 4, 2019, Defendant filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 6.

3. Defendant issued a final response letter to Plaintiff's FOIA request on December 18, 2019, indicating that a search for records had not located the record responsive to Plaintiff's request.

4. At Plaintiff's request, on February 3, 2020, Defendant provided Plaintiff a draft declaration describing its searches for the responsive record. Plaintiff reviewed that information and requested that Defendant conduct a supplemental search of the 1991 files of Edwin "Ed" Williamson, the State Department's Legal Advisor from 1990 to 1993.

5. Defendant conducted the supplemental search requested by Plaintiff and was unable to find responsive records. Defendant agreed to provide Plaintiff with an updated draft search declaration by April 17, 2020.

6. In the process of compiling its supplemental search declaration, however, Defendant identified yet another location that might have responsive records and so initiated a second supplemental search out of an abundance of caution.

7. This second supplemental search involved requesting hard copy files that were located off-site and that some of those hard copy files were not delivered before the COVID-19-related stay-at-home orders went into effect. Thus, Defendant notified Plaintiff's counsel on April 17, 2020, that it had been unable to complete the second supplemental search and would not be able to do so—or to provide an updated search declaration—until State Department employees were able to resume work in the building.

8. As reported in the parties' last Joint Status Report, once processing was able to safely resume in connection with this matter, Defendant completed the second supplemental search and did not find any responsive records.

9. Consistent with Defendant's representations in the parties' last Joint Status Report, Defendant provided Plaintiff with an updated draft search declaration on August 6, 2020. A signed version of Defendant's search declaration is attached hereto as Exhibit A.

10. The parties report that there are no further issues remaining in this litigation. The parties are filing a stipulation of dismissal concurrently with the filing of this joint status report.

Dated: October 9, 2020

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org Email: amarshall@rcfp.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
D.C. Bar #1006628
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*